B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

| In re | MCC Funding LLC | | Case No. | 14-10782 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bingham Greenebaum Doll 3913 Solutions Center Chicago, IL 60677-3009 | Bingham Greenebaum Doll 3913 Solutions Center Chicago, IL 60677-3009 | | | Unknown |
| Dickinson Wright 150 E. Gay Street Suite 2400 Columbus, OH 43215 | Dickinson Wright 150 E. Gay Street Suite 2400 Columbus, OH 43215 | | | Unknown |
| Levett Rockwood 33 Riverside Avenue Westport, CT 06880 | Levett Rockwood 33 Riverside Avenue Westport, CT 06880 | | | Unknown |
| Norris, McLaughlin & Marcus 721 Route 202-206, Suite 200 P.O. Box 5933 Bridgewater, NJ 08807-5933 | Norris, McLaughlin & Marcus 721 Route 202-206, Suite 200 P.O. Box 5933 Bridgewater, NJ 08807-5933 | | | Unknown |
| Northlight Asset Management 24 West 40th St, 12th Floor New York, NY 10018 | Northlight Asset Management 24 West 40th St, 12th Floor New York, NY 10018 | | | Unknown |
| Northlight Financial LLC 24 West 40th St., 12th Floor New York, NY 10018 | Northlight Financial LLC 24 West 40th St., 12th Floor New York, NY 10018 | | | Unknown |
| Northlight GP II LLC 24 West 40th St., 12th Floor New York, NY 10018 | Northlight GP II LLC 24 West 40th St., 12th Floor New York, NY 10018 | | | Unknown |
| Portigon AG 7 World Trade center 250 Greenwich St. New York, NY 10007 | Portigon AG 7 World Trade center 250 Greenwich St. New York, NY 10007 | | | Unknown |
| Post Confirmation Trust of Wes 606 Post Road East, 614 Westport, CT 06880 | Post Confirmation Trust of Wes 606 Post Road East, 614 Westport, CT 06880 | | | Unknown |
| Trimont Real Estate Advisors 3424 Peachtree Road NE Atlanta, GA 30305 | Trimont Real Estate Advisors 3424 Peachtree Road NE Atlanta, GA 30305 | | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re   **MCC Funding LLC**                                          Case No.   **14-10782**
_____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Signatory of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March 24, 2014**                    Signature   **/s/ Joshua Rizack**
_____                         _____
                                                        **Joshua Rizack**
                                                        **Authorized Signatory**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.