# United States Bankruptcy Court
## Southern District of New York

| | | | |
|---|---|---|---|
| In re | **MCC Funding LLC** | Case No. | **14-10782** |
| | Debtor(s) | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**MCC Funding LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Northlight Distressed Real Est
One Grand Central Place
60 East 42nd St., Suite 2800
New York, NY 10165**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 24, 2014** | **/s/ Scott A. Steinberg** |
| Date | **Scott A. Steinberg** |
| | Signature of Attorney or Litigant |
| | Counsel for ___**MCC Funding LLC**___ |
| | **Law Offices Of Scott A. Steinberg** |
| | **626 RXR Plaza, West Tower
Uniondale, NY 11556
(516) 522-2566 Fax:(516) 522-2530
ssteinberg@saslawfirm.net** |